UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH MERCADO,

               Plaintiff,

-v.-

UNITED STATES OF AMERICA,

               Defendant.

21 Civ. 2918 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On April 5, 2021, Plaintiff Kenneth Mercado filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Dkt. #1). The motion was also docketed in his criminal case, *United States* v. *Ortiz (Mercado)*, No. 15 Cr. 608-8. (15 Cr. 608 Dkt. #503). One month later, counsel for Mr. Mercado advised the Court that his client wished to withdraw the Section 2255 motion. (15 Cr. 608 Dkt. #516). On May 12, 2021, the Court endorsed counsel's letter and terminated Mr. Mercado's Section 2255 motion, but only in the criminal case. (15 Cr. 608 Dkt. #517). Because Mr. Mercado withdrew the motion that was the basis for this civil case, the Court directs the Clerk of Court to terminate all pending motions, adjourn all remaining dates, and close this case.

      SO ORDERED.

Dated:  September 18, 2025
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge